Bruce W. Brewer, OSB No. 92558
brucebrewerusdccases@gmail.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

FILED '09 AUG 14 13:46 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| MARCEEN RAMSEY,<br><br>    Plaintiff,<br><br>vs.<br><br>**COMMISSIONER,**<br>of Social Security<br>Administration,<br>    Defendant. | CIVIL CASE NO. 08-386-ST<br><br>*AW* ~~PROPOSED~~ ORDER<br>AWARDING ATTORNEY FEES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $5,409.95 is awarded to Plaintiff. The check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to Plaintiff's attorney's office as follows: Bruce Brewer, 419 Fifth Street, Oregon City, Oregon 97045. There are no costs or expenses to be paid herein.

DATED this __13__ day of __August__, 2009.

_____
United States District Judge/Magistrate

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES